**LAW OFFICES OF STUART E. FAGAN**
STUART E. FAGAN, State Bar No. 152732
P.O. Box 503741
San Diego, California 92150-3741
Telephone: (858) 220-9601
Facsimile: (858) 676-5339
Email: fairhousinglawyer@sbcglobal.net

Attorney for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER SCHWALL; PAUL VELEZ; WESLEY TRACHT, KYLE SCHWALL, and CODY SCHWALL, minors by and through their GUARDIAN AD LITEM, JENNIFER SCHWALL; individuals,<br><br>    Plaintiffs,<br><br>  v.<br><br>MEADOW WOOD APARTMENTS, a business of unknown form; THOMAS L. BLOXHAM, and DIANA L. BLOXHAM, individuals and doing business as MEADOW WOOD APARTMENTS,<br><br>    Defendants. | No. 2:07-CV-00014-LKK-KJM<br><br>ORDER ON PETITION OF JENNIFER SCHWALL FOR APPOINTMENT OF GUARDIAN AD LITEM<br>_____ |

   The Court having considered the petition of Jennifer Schwall for the appointment of guardian ad litem for the minor children, Wesley Tract, Kyle Schwall, and Cody Schwall, who are plaintiffs in the above action, and good cause appearing therefor,

IT IS ORDERED that Jennifer Schwall is appointed guardian ad litem for the minor children, Wesley Tract, Kyle Schwall, and Cody Schwall, who are named as plaintiffs in the above action.

Dated: September 14, 2007.

/s/ Lawrence K. Karlton
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT