**LAW OFFICES OF STUART E. FAGAN**
STUART E. FAGAN, State Bar No. 152732
P.O. Box 503741
San Diego, California 92150-3741
Telephone: (858) 220-9601
Facsimile: (858) 676-5339
Email: fairhousinglawyer@sbcglobal.net

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER SCHWALL; PAUL VELEZ; WESLEY TRACHT, KYLE SCHWALL, and CODY SCHWALL, minors by and through their GUARDIAN AD LITEM, JENNIFER SCHWALL; individuals,<br><br>　　　Plaintiffs,<br><br>　　v.<br><br>MEADOW WOOD APARTMENTS, a business of unknown form; THOMAS L. BLOXHAM, and DIANA L. BLOXHAM, individuals and doing business as MEADOW WOOD APARTMENTS,<br><br>　　　Defendants. | No. 2:07-CV-00014-LKK-KJM<br><br>ORDER APPROVING MINORS' COMPROMISE AND DIRECTING BLOCKED ACCOUNTS TO BE OPENED FOR MINORS' PROCEEDS<br><br>Judge:　　Lawrence K. Karlton<br>Courtroom:　4<br>Date:　　June 30, 2008<br>Time:　　10 a.m. |

　　　The Court having considered the motion of Plaintiff/Guardian Ad Litem Jennifer Schwall to approve the compromise of the claims of the minors Wesley Tracht, Kyle Schwall, and Cody Schwall (the "Motion"), and good cause appearing therefor, hereby ORDERS THAT:

　　　1.　　The Motion is granted and the compromise of the claims of Wesley Tracht, Kyle Schwall, and Cody Schwall ("Claimants") are approved.

2. Plaintiffs' counsel shall deposit Claimants' proceeds into individual FDIC or NCUA insured accounts held in the name of each, respective minor. The depository institute may be selected by the Guardian Ad Litem, Jennifer Schwall.

3. Said accounts shall be blocked, so that no withdrawal of principal or interest can be made prior to said, respective minor's reaching the age of 18, unless a written order is obtained from this Court. The money on deposit is not subject to escheat.

4. Upon each minor's attaining the age of 18, his respective account shall be unblocked without further order of this Court. Claimant Wesley Tracht is currently ten years old and will reach the age of majority on October 16, 2015. Claimants Kyle Schwall and Cody Schwall are twins and are both currently seven years old and will reach the age of majority on November 25, 2018.

5. Plaintiffs' counsel shall provide each minor's bank or credit union with a copy of this Order, and shall, within 30 days, file with the Court a declaration verifying the opening of said blocked accounts.

6. Bond is waived.

Dated: June 3, 2008.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT