1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                   EASTERN DISTRICT OF CALIFORNIA

10

11                                        NO. CIV. S-07-0014 LKK
   JENNIFER SCHWALL; PAUL
12 VELEZ; WESLEY TRACHT,
   KYLE SCHWALL and CODY
13 SCHWALL, minors by and
   through their GUARDIAN
14 AD LITEM, JENNIFER
   SCHWALL, individuals,
15
        Plaintiffs,
16
        v.                                    O R D E R
17
   MEADOW WOOD APARTMENTS, a
18 business of unknown form;
   THOMAS L. BLOXHAM and
19 DIANA L. BLOXHAM, individuals
   and doing business as MEADOW
20 WOOD APARTMENTS,

21      Defendants.
   _____/
22

23      The court is in receipt of plaintiff Jennifer Schwall's

24 petitions for withdrawal of funds from a blocked account, in which

25 she seeks to access the settlement funds of the minor plaintiffs.

26 In accordance with Local Rule 17-202(f), plaintiff is DIRECTED to

                                1

1  notice her request before the Magistrate Judge assigned to this

2  action.

3       IT IS SO ORDERED.

4       DATED: August 31, 2009.

5

6

7                                        LAWRENCE K. KARLTON

8                                        SENIOR JUDGE
                                         UNITED STATES DISTRICT COURT

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26