IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JENNIFER SCHWALL, et al.,

    Plaintiffs,                        No. CIV S-07-14 LKK KJM

    vs.

DIANA BLOXHAM, et al.,

    Defendants.                     <u>ORDER</u>

_____/

        By order filed August 31, 2009, this matter was referred to the undersigned in accordance with Local Rule 17-202(f) for review of petitions for withdrawal of funds from blocked accounts. Plaintiff Jennifer Schwall, as guardian ad litem for the minor plaintiffs, seeks access to settlement funds of the minor plaintiffs.

        Each of the three minor plaintiffs received $6092.22 in settlement proceeds and those funds were deposited into blocked accounts.[1] (Declaration of Stuart Fagan, filed June 25, 2008, docket no. 49.) Plaintiff now seeks withdrawal of $2500 from each of blocked accounts. The reason stated in the petitions for the requested disbursements are "financial and legal

---

[1] The settlement was approved by the district court only after plaintiff's counsel reduced the attorneys' fees requested from an amount constituting sixty percent of the settlement to thirty five percent.

1

1  hardships due to job loss" and the purpose of distribution is stated as "bills and legal fees."

2        The settlement proceeds were placed in a blocked account so that disbursements
3  would be made for the benefit of the minor children.  The present petitions do not set forth an
4  adequate basis demonstrating how the requested distributions are for the benefit of the children,
5  and not simply for the benefit of the guardian ad litem.  The present petitions will therefore be
6  denied without prejudice to a further request setting forth an appropriate basis for disbursement
7  of the settlement proceeds.

8        Accordingly, IT IS HEREBY ORDERED that:

9        1. The petitions filed August 4, 2009 (docket nos. 51, 52, 53) are denied without
10 prejudice.

11       2. Any further petitions for disbursement of funds shall be accompanied by a
12 notice of hearing on the petitions before the undersigned on the regular law and motion calendar.

13       3. The Clerk of Court shall serve a copy of this order on plaintiff Jennifer
14 Schwall.

15 DATED:  September 21, 2009.

_____
U.S. MAGISTRATE JUDGE

006
schwall.block

2